IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| LETHA BEATY, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
|  | ) | Case No. 1:11-cv-00033 |
| v. | ) | Chief Judge Haynes |
|  | ) |  |
| JRN, INC., | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## ORDER

Before the Court is the parties' joint stipulation of dismissal of all claims pending in this action. (Docket Entry No. 25). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff's claims are **DISMISSED with prejudice**. Each party shall bear its own costs, attorney's fees, and expenses.

It is so **ORDERED**.

This is the **FINAL ORDER** in this action.

ENTERED this the 9th day of December, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court